Category
Plea to Information
Rule 20 from: USDC District of Maryland in Greenbelt.

BEF USAO2008R00342

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2008 JUN 10 P 2:30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 08-169 |
| | * | |
| v. | * | CRIMINAL NO. RWT 08 CR 0283 |
| | * | BY_____ DEPUTY |
| PHILLIP DAVIS, | * | (Bank Robbery, 18 U.S.C. §§ 2113(a) |
| | * | and (f)) |
| Defendant | * | |
| | * | FILED |
| ****** | | JUN 1 2 2008 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SULLIVAN, J. EGS

**INFORMATION**

A

The United States Attorney for the District of Maryland charges that:

On or about September 17, 2007, in the District of Maryland, the defendant,

**PHILLIP DAVIS**,

did, by force, violence and intimidation, attempt to take from the person and presence of another, money in the amount of $2,500, belonging to and in the care, custody, control, management and possession of PNC Bank, a bank, whose deposits were then insured by the Federal Deposit Insurance Corporation.

18 U.S.C. § 2113(a)
18 U.S.C. § 2113(f)

*Rod J. Rosenstein /BEF*
Rod J. Rosenstein
United States Attorney

Dated: June 10, 2008

Case Related To  07-304