RULE 20
Category A
Plea to Information
Rule 20 from: USDC District of Maryland in Greenbelt
U.S. Department of Justice

Case 1:08-cr-00169-EGS   Document 2   Filed 06/12/2008   Page 1 of 1

FILED
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 - 169 (EGS)

Rule 20 -- Transfer Notice

| To: | District | Date |
|---|---|---|
| Rod J. Rosenstein  U.S. Attorney | Maryland | |

| Name of Subject: | Statute Violated | File Data *(Initials and Number)* |
|---|---|---|
| Phillip Davis | 18 USC § 2113 (a) | |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20
   Date of Plea        Date of Sentence        Sentence

| From *(Signature and Title)*  Angela Schmidt  Assistant US Attorney | Address | U.S. Attorney's Office  555 Fourth Street N.W., 4th Floor  Washington, D.C. 20530 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

*(Kindly notify me of any anticipated delay)*

☐ Enclosed are two certified copies of indictment or information
   Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*  Bryan E. Foreman  Assistant U.S. Attorney | District  Maryland | Date  6/10/08 |
|---|---|---|

See United States Attorneys Manual 9-14 000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV. 85