U.S. Department of Justice
United States Attorneys

RULE 20
Category A
Plea to Information
Rule 20 from: USDC District of Maryland in Greenbelt

08-169 (EGS)

# United States District Court

**FILED**
JUN 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For the _____ District of __Maryland__

United States of America

v.

Phillip Davis

Criminal No. RWT-08-0283

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE

*(Under Rule 20)*

I, __Phillip Davis__, defendant, have been informed that an __information__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the District of __Columbia__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __June 4__, 20__08__ at __12:20 pm__

_____
(Defendant) Phillip Davis

_____
(Witness)

_____
(Counsel for Defendant)

Approved

Jeffrey A. Taylor / PS
_____
United States Attorney for the
District of
__Columbia__

Rod J. Rosenstein / BST
_____
United States Attorney for the
District of
__Maryland__

FORM USA-153
(Rev. March 1983)