*08-169 (EGS)*

# U.S. District Court
## District of Maryland (Greenbelt)
## CRIMINAL DOCKET FOR CASE #: 8:08-cr-00283-RWT-1
## Internal Use Only

Case title: USA v. Davis

Date Filed: 06/10/2008
Date Terminated: 06/10/2008

Assigned to: Judge Roger W Titus

**FILED**
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Defendant (1)**
**Phillip Davis**
*TERMINATED: 06/10/2008*

**Pending Counts**                                        **Disposition**
None

**Highest Offense Level**
**(Opening)**
None

**Terminated Counts**                                     **Disposition**
18:2113(a) and (f) Bank Robbery
(1)

**Highest Offense Level**
**(Terminated)**
Felony

**Complaints**                                            **Disposition**
None

**Plaintiff**

USA     represented by **Bryan Edwin Foreman**
Office of the US Attorney
6500 Cherrywood Ln Ste 400
Greenbelt, MD 20770-1249
13013444433
Fax: 13013444516
Email: bryan.foreman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2008 | 1 | INFORMATION as to Phillip Davis (1) Count 1. (elt, Deputy Clerk) (Entered: 06/10/2008) |
| 06/10/2008 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to the U.S. District Court for the District of Columbia Counts closed as to Phillip Davis (1) Count 1. (elt, Deputy Clerk) (Entered: 06/10/2008) |
| 06/10/2008 | 3 | Letter from Letter transferring case to the U.S. District Court for the District of Columbia with original papers. (c/m 6/11/08) (elt, Deputy Clerk) (Entered: 06/11/2008) |

I hereby attest and certify on 06/10/08
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
    FELICIA C. CANNON
    CLERK, U.S DISTRICT COURT
    DISTRICT OF MARYLAND

By _____ Deputy