UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

vs.                                           Criminal No.
                                                                           08-169 (EGS)

PHILLIP DAVIS
    Defendant.

**ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **OCTOBER 14, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **OCTOBER 21, 2008**; the Government's memorandum of law, if any shall be filed by no later than **OCTOBER 28, 2008**, and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **NOVEMBER 4, 2008 AT 1:00 P.M.**

    IT IS SO ORDERED.

    DATE: July 25, 2008    EMMET G. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE