# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.:** |
| | : | 08 - 169 |
| **v.** | : | |
| | : | **FILED** |
| **PHILLIP DAVIS,** | : | |
| | : | 4 2008 |
| **Defendant.** | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## STATEMENT OF THE OFFENSE

The United States of America and defendant, Phillip Davis, stipulate and agree that the following facts are true and accurate:

### Chevy Chase Bank

On Tuesday, September 4, 2007, at approximately 12:10 p.m., defendant walked into the Chevy Chase Bank located at 1100 17th St., N.W., Washington, D.C., approached the teller and handed her a withdrawal slip for $2000 and a long, narrow slip of paper that had balloons and streamers on it. A note on the paper said, "This is a robbery. Large bills. I don't want a dye pack or bait money and no one gets hurt." The teller read the note and asked defendant if twenty dollar bills were okay. After he responded affirmatively, the teller gave defendant a total of $1300 and returned the withdrawal slip and note to him. Defendant then left the bank. The deposits of the Chevy Chase Bank then were insured by the Federal Deposit Insurance Corporation.

Photographs of defendant were obtained from the bank surveillance cameras. In addition, on October 5, 2007, the victim teller identified Phillip Davis from a six-photo array as the person who robbed her.

2

**PNC Bank (Maryland)**

On Monday, September 17, 2007, at approximately 1:20 p.m., defendant and his brother, Brian Davis, walked into the PNC Bank located at 6196 Oxon Hill Road, Oxon Hill, Maryland. Defendant approached the teller and handed her a deposit slip for $2500, a withdrawal slip with the initials "P.M.", and a folded piece of lined paper. A handwritten note on the paper said, "Do not panic. Follow my orders! No red dye packet. $2500! No one gets hurts." The teller read the note and went to a computer monitor by the drive-thru window, where she activated the alarm, then busied herself with various tasks. Defendant became restless during this wait and left the bank without obtaining any money. The deposits of the PNC Bank then were insured by the Federal Deposit Insurance Corporation.

Clear photographs of defendant were obtained from the bank surveillance cameras. In addition, on October 4, 2007, the victim teller picked defendant from a 6-photo array as the person who had robbed her. The teller also indicated that she was very confident in her identification.

The bank surveillance photographs show defendant wearing a green, black and white horizontally-striped polo shirt, light-colored pants, and a tan baseball cap with dark writing on the front. In a search of defendant's apartment conducted on October 9, 2007, FBI agents recovered a hat similar in style, color and logo to the one worn by defendant in this robbery.

The demand note, deposit and withdrawal slips, each written in red ink, were recovered and processed for fingerprints by officers of the Prince George's County Police. An FBI Fingerprint Examiner subsequently identified two fingerprints obtained from the demand note, one obtained from the deposit ticket and five obtained from the withdrawal ticket as those of defendant.

3

### PNC Bank (District of Columbia)

Less than two hours after the Oxon Hill PNC Bank attempted robbery, at approximately 2:55 p.m. on September 17, 2007, defendant and his brother, Brian Davis, walked into the PNC Bank located at 650 Pennsylvania Ave., S.E., Washington, D.C.  Defendant approached the teller and handed her an ATM envelope with a deposit slip inside.  A note written on the back of the slip in red ink stated, "Give me $2000. Stay calm. Relax. Nobody will get hurt." The teller hesitated after reading the note, at which point defendant said, "Stay calm" and motioned toward his hip.  The teller pulled out a $2000 strap of $100 bills and gave it to defendant.  Defendant motioned for the teller to return the envelope and deposit slip, which the teller did.  Brian Davis stood next to defendant during the robbery.  Defendant and Brian Davis then left the bank.  The deposits of the PNC Bank then were insured by the Federal Deposit Insurance Corporation.

Clear photographs of defendant were obtained from the bank surveillance cameras.  Defendant was wearing the same clothing as he wore in the Oxon Hill PNC Bank attempted robbery.  In addition, on October 5, 2007, the victim teller identified defendant from a 6-photo array as the person who robbed her.  In doing so, the teller stated that defendant's picture "jumped out at her."

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case.  The limited purpose of this proffer is to demonstrate

4

that there exists a sufficient legal basis for entry of defendant's plea of guilty and for application of

those specific offense characteristics to which the parties have agreed in the plea agreement.

ANGELA G. SCHMIDT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

5

**Defendant's Acceptance**

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney.  I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it.  I fully understand this Factual Proffer and voluntarily agree that it is accurate.  No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully.  No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_June 4. 2008_
Date

_Phillip Davis_
Phillip Davis


**Defense Counsel's Acknowledgment**

I am Phillip Davis's attorney.  I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him.  It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_6/4/08_
Date

_Dani Jahn_
Dani Jahn, Esq.