UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
      Plaintiff,
PHILLIP DAVIS       CR. NO. C8-169

      Defendant

FILED
-24-008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, PHILLIP DAVIS, the above named defendant, who is accused of **BANK ROBBERY; AIDING AND ABETTING.** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 24, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Phillip Davis_
Defendant

_Dani Jahn_
Counsel for Defendant

Before _Eri G. Rull_
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment